AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

TIMOTHY L. JENNINGS

**WARRANT FOR ARREST**

FILED
FEB 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 06-61 M

To:    The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___TIMOTHY L. JENNINGS___
                                              Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

BANK ROBBERY

in violation of Title _18_ United States Code, Section(s) _§ 2113(a)_.

Name of Issuing Officer: Alan Kay
U.S. Magistrate Judge
Signature of Issuing Officer

Title of Issuing Officer: U.S. Magistrate Judge

Date and Location: 15 FEB 2006  Washington, DC

Bail fixed at $ _HWB_  by _____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2-15-06 | SEAN McLEOD SDUSM | S. B. M |
| DATE OF ARREST | | |
| 2-22-06 | | |