IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                            )<br>)<br>TIMOTHY JENNINGS,          )<br>)<br>Defendant.             )<br>_____ ) | *Mag.*<br>Case No. 06-061 (AK) |

FILED
FEB 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon the unopposed oral motion of Defendant Timothy Jennings (          ), for reasons related to his physical health and security, it is hereby ORDERED that:

1. Defendant Jennings should be transported to the Correction Treatment Facility;

2. Defendant should not be placed in protective custody, administrative segregation, or any other segregation; and

3. Defendant should be placed in general population and held there until his case is called for court.

So ORDERED, this ___23rd___ day of ___February___, 2006.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE

Copies to:
Tony Axam, Jr.
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

United States Marshal for
The District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Angela George, Esq.
Office of the United States Attorney
for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20001