UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on April 29, 2005

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Criminal No: |
| | : | |
| **v.** | : | MAGISTRATE NO.  06-0061M-01 (CR) |
| | : | |
| **TIMOTHY L. JENNINGS,** | : | VIOLATION: 18 U.S.C. 2113(a) |
| **Defendant.** | : | (Bank Robbery) |
| | : | |

# I N D I C T M E N T

The Grand Jury charges:

## COUNT ONE

On or about December 16, 2005, in the District of Columbia, defendant **TIMOTHY L. JENNINGS**, by intimidation, did take from the person or presence of another money, that is, approximately $981, belonging to, and in the care, custody, control, management and possession of the Wachovia Bank, the deposits of which were then insured by the Federal Deposits Insurance Corporation ("FDIC").

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

## COUNT TWO

On or about January 19, 2006, in the District of Columbia, defendant **TIMOTHY L. JENNINGS**, by intimidation, did take from the person or presence of another money, that is, approximately $2,440, belonging to, and in the care, custody, control, management and possession of the Wachovia Bank, the deposits of which were then insured by the FDIC.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

## **COUNT THREE**

On or about February 6, 2006, in the District of Columbia, defendant **TIMOTHY L. JENNINGS**, by intimidation, did take from the person or presence of another money, that is, $6,684, belonging to, and in the care, custody, control, management and possession of Wachovia Bank, the deposits of which were then insured by the FDIC.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

A TRUE BILL:

_____
FOREPERSON.

_____
Attorney of the United States in
and for the District of Columbia