```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :   CRIMINAL NO.  06-088 (RBW)
                            :
       v.                   :
                            :
TIMOTHY JENNINGS            :
                            :
         Defendant.
```

NOTICE OF ADDITIONAL ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant U.S. Attorney Barbara E. Kittay, Bar Number 414216, telephone number (202) 514-6940 and this is notice of her appearance in this matter on behalf of the United States.

```
                            Respectfully submitted,

                            KENNETH L. WAINSTEIN
                            United States Attorney
                            D.C. Bar Number 451058



                            _____
                            Barbara E. Kittay
                            ASSISTANT UNITED STATES ATTORNEY
                            D.C. Bar No. 414216
                            555 4th Street, N.W., Room 4846
                            Washington, DC 20530
                            (202) 514-6940
                            Barbara.Kittay@usdoj.gov
```