BANK ROBBERY

18 U.S.C. § 2113(a)

The indictment charges the defendant with Bank Robbery, in violation of Title 18, United States Code, Section 2113(a). It provides, in pertinent part:

> Whoever, by force or violence, or by intimidation, takes, or attempts to take, from the person or presence of another, or obtains or attempts to obtain by extortion any property or money or any other thing of value belonging to, or in the care, custody, control, management, or possession of, any bank, credit union, or any savings and loan association, is guilty of bank robbery.

**Elements of the offense**: In order to prove the charge against the defendant, the government must establish each of the following elements beyond a reasonable doubt:

**First**, that the financial institution was a federally insured bank;

**Second**, that the defendant took money -- money that belonged to or was in the care, custody, control, management, or possession of the bank -- from a person or in the presence of another person;

**Third**, that that taking was accomplished by the use of force or violence, or by intimidation.