UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Nos.  06-088 (RBW) |
| | : | 06-233 (RBW) |
| **v.** | : | |
| **TIMOTHY JENNINGS** | : | |
| Defendant. | : | Plea hearing:  Aug. 18, 2006 |

### NOTICE OF PLEA AGREEMENT

Pursuant to this Court's General Order Governing Criminal Cases (hereafter referred to as the "General Order"), and in anticipation of a plea hearing that currently is scheduled for August 18, 2006, the United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this notice of plea agreement, and states as follows:

1. Pursuant to General Order No. 6(a), the government submits the plea agreement of Timothy Jennings (attached hereto as "Exhibit A").

2. Pursuant to General Order No. 6(b), the government submits the elements of Bank Robbery, in violation of 18 U.S.C. §2113(a) (attached hereto as "Exhibit B").

3. Pursuant to General Order No. 6(c), the government submits to the Court a proffer of facts supporting this guilty plea (attached hereto as "Exhibit C").

4. Pursuant to General Order No. 6(d), the government

-2-

advises the Court that the potential penalty for each count of unarmed bank robbery is a maximum of twenty (20) years imprisonment, a fine of up to $250,000, or both, and a period of up to three (3) years supervised release.

                              Respectfully Submitted,

                              KENNETH L. WAINSTEIN
                              UNITED STATES ATTORNEY
                              D.C. Bar Number 451058

By: _____
     BARBARA E. KITTAY
     Assistant U.S. Attorney
     D.C. Bar Number 414216
     United States Attorney's Office
     555 Fourth Street, N.W., Rm. 4846
     Washington, D.C.  20530
     Tel. (202) 514-6940
     Barbara.Kittay@usdoj.gov