```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :    Criminal Nos.  06-088 (RBW)
                              :                   06-233 (RBW)
                              :
        v.                    :
                              :
                              :
TIMOTHY JENNINGS              :
                              :
           Defendant.         :
                              :
_____:
```

STATEMENT OF FACTS IN SUPPORT OF GUILTY PLEA

     The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this proposed statement of facts, in support of a guilty plea:

Bank Robberies in the District of Columbia (Case No. 06-088)

     1. On Friday, December 16, 2005, the defendant, TIMOTHY JENNINGS, went into the Wachovia Bank located at 600 Maryland Avenue, S.W., in Washington, D.C., walked up to a teller window, and handed to the teller a note that said:

> "I HAVE A GUN And A Bomb iN my BAg You HAVE 30 SECONds to HANdOVER 20's, 50's, & 100's ONly. NO DYE PACks iF SO, you DiE!"

The teller handed the defendant $800, and the defendant fled the bank. The deposits of Wachovia Bank were then and are now insured by the Federal Deposit Insurance Corporation.

     2. On Thursday, January 19, 2006, the defendant, TIMOTHY JENNINGS, again went into the Wachovia Bank located at 600 Maryland Avenue, S.W., in Washington, D.C., walked up to a teller

-2-

window, and handed to the teller a note that said:

> "I HAVE A <u>Bomb</u> And A <u>GUN</u> iN my BAg GiVE ME oNly <u>20's</u> <u>50's</u>, & <u>100's</u>.  Any Problems I kill EVERy I SEE!  You Have 30 Seconds!"

The teller handed the defendant $2,440, and the defendant fled the bank.  The deposits of Wachovia Bank were then and are now insured by the Federal Deposit Insurance Corporation.

    3.  On Monday, February 6, 2006, the defendant, TIMOTHY JENNINGS, went into the Wachovia Bank located at 801 Pennsylvania Avenue, N.W., in Washington, D.C., walked up to a teller window, and handed to the teller a note that said:

> "I HAVE A <u>GUN</u> AND <u>Bomb</u>.  HAND OVER All <u>20's</u>, <u>50's</u>, & <u>100's</u>.  You HAVE 30 SECONds Only."

The teller handed the defendant $6,684, and the defendant fled the bank.  The deposits of Wachovia Bank were then and are now insured by the Federal Deposit Insurance Corporation.

<u>Bank Robberies in Maryland (Case No. 06-233)</u>

    4.  On Thursday, December 8, 2005, the defendant, TIMOTHY JENNINGS, went into the SunTrust Bank located at 3300 Donnell Drive, in Forestville, Maryland, walked up to a teller window, and handed to the teller a note that said:

> "I HAVE A <u>GuN</u> & A <u>Bomb</u>.  You HAVE 30 SEConds to givE <u>20's</u>, <u>50's</u>, & <u>100's</u>.  NO DiE pAk, iF so you DiE!"

The teller handed the defendant $1,665, and the defendant fled the bank.  The deposits of SunTrust Bank were then and are now insured by the Federal Deposit Insurance Corporation.

-3-

5. On Monday, December 19, 2005, the defendant, TIMOTHY JENNINGS, went into the Wachovia Bank located at 5720 Silver Hill Road, in District Heights, Maryland, walked up to a teller window, and handed to the teller a note that said:

> "I HAVE A GUN And A Bomb iN my BAg You HAVE 30 SECONds to HANd OVER: 20's, 50's, & 100's Only. NO DyE PAcKS. IF SO, YOU DIE!"

The teller handed the defendant $1,710, and the defendant fled the bank. The deposits of Wachovia Bank were then and are now insured by the Federal Deposit Insurance Corporation.

6. On Wednesday, February 15, 2006, the defendant, TIMOTHY JENNINGS, went into the M&T Bank, located in Clinton, Maryland, walked up to a teller window, and handed to the teller a note that said:

> "I HAVE A GUN And A bOMb IN Bag. HANdOVER THE Money."

The teller handed the defendant $2,948, and the defendant fled the bank. The deposits of the M&T Bank were then and are now insured by the Federal Deposit Insurance Corporation.

### The Investigation

7. In the December 16 (Wachovia), December 19 (Wachovia), and February 6 (Wachovia) bank robberies, the suspect was described as and/or depicted in surveillance photographs as wearing the uniform clothing of a bus driver of the Washington Metropolitan Area Transportation Authority (hereafter "METRO"). Surveillance photographs taken during the robberies were shown to

-4-

METRO administrators, who identified the robber as a former employee, defendant TIMOTHY JENNINGS. The authorities would testify that defendant TIMOTHY JENNINGS was fired, in 2005.

8. This affiant also took the photograph from the bank surveillance video to the Court Services and Offender Supervision Agency (CSOSA). A CSOSA Officer viewed the photograph, reviewed official records, and identified the robber as TIMOTHY JENNINGS, DOB 10-04-1956, PDID 296-481, FBI #830932N11.

9. The demand note was taken from the bank as evidence, on the day of the robbery, and was submitted to the laboratory of the FBI Forensic Sciences Division, at Quantico, Virginia, Latent Fingerprint Unit. Known fingerprints samples of TIMOTHY JENNINGS, FBI #830932N11, on file with Criminal Justice Information System (CJIS), were compared with latent fingerprints taken from the demand note, and were positively matched.

10. A search of the defendant's residence, on February 17, 2006, resulted in the recovery of the METRO uniform items (a black jacket, hat, and sweater with METRO insignia), as well as the two pair of eyeglasses depicted in the bank surveillance photographs. Agents also recovered mail matter to defendant TIMOTHY JENNINGS from METRO; U.S. currency in the following denominations: one $100 bill, eight $50 bills, eleven $20 bills, two $10 bills, twelve $5 bills, and four $1 bills; and two notebooks of paper similar to that used for the demand notes.

-5-

All of the notes were written in a side-ways fashion on notebook paper.  All have been submitted to the FBI Laboratory for examination of latent fingerprints.

 11.  On February 16, 2006, the defendant was arrested pursuant to a warrant, at his apartment in Maryland.  This apartment is across the street from one of the Maryland victim banks, and less than a mile from another of the Maryland victim banks.

        Respectfully Submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY
        D.C. Bar Number 451058


   By:  _____
        BARBARA E. KITTAY
        Assistant U.S. Attorney
        D.C. Bar Number 414216
        United States Attorney's Office
        555 Fourth Street, N.W., Rm. 4846
        Washington, D.C.  20530
        Tel. (202) 514-6940
        Barbara.Kittay@usdoj.gov