UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Crim. No. 06-088-01 (RBW)** |
| | ) | |
| | ) | |
| **TIMOTHY L. JENNINGS** | ) | |
| | ) | |
| **Defendant** | ) | |
| _____ | | |

### NOTICE OF FILING

As ordered by the Court, defense counsel herewith submits the attached proposed "Order for Medical Evaluation and Treatment" which directs the medical staff of DC Department of Corrections and its agent, the Corrections Corporation of America, to conduct a medical examination of the defendant within 24 hours of receipt of this order, and to deliver all medically indicated or necessary treatments and therapies, or diagnostic tests and evaluations, to the defendant on an urgent basis.

Respectfully submitted,

_____
James W. Rudasill, Jr., #318113
Counsel for Timothy L. Jennings
717 D Street, N.W., Suite 310
Washington, D.C. 20004
202-783-7908
rudasilljr7@aol.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the forgoing Notice and Proposed Ordered was served by electronic mail to Ms. Barbara Kittay, Esq., Assistant U.S. Attorney, 555 Fourth Street, N.W., 5th Floor, Washington, D.C., 20530, on this 18th day of August 2006.

_____
James W. Rudasill, Jr.

**UNITED STATES DISTRICT COURT**

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.            ) | Crim. No. 06-088-01 (RBW) |
| ) | |
| ) | |
| **TIMOTHY L. JENNINGS**   ) | |
| ) | |
| **Defendant**       ) | |

_____

### ORDER FOR MEDICAL EVALUATION AND TREATMENT

     THE COURT HEREBY **ORDERS**, that the medical staff of the District of Columbia Department of Corrections, by and through its agent, the Corrections Corporation of America, conduct a medical examination of the defendant within 24 hours of receipt of this order, and to deliver all medically indicated or necessary treatments and therapies, or diagnostic tests and evaluations, to the defendant on an urgent basis.

     The Defendant: Timothy L. Jennings (DCDC #208914) is presently housed at the Corrections Corporation of America, Central Treatment Facility in Unit D1A, Cell 29.

     The Court specifically directs that CCA-CTF medical staff evaluate and treat Mr. Jennings for complications relating to Hepatitis-C.

     **IT IS SO ORDERED**:             DATE: _____


_____
**REGGIE B. WALTON**
**United States District Judge**


cc: U.S. Marshal, District of Columbia