```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :    Criminal Nos.  06-088 (RBW)
                            :                   06-233 (RBW)
                            :
        v.                  :
                            :
                            :
TIMOTHY JENNINGS            :
                            :
        Defendant.          :
                            :
_____:
```

GOVERNMENT'S RESPONSE TO DEFENDANT'S NOTICE OF FILING

    The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this response to the defendant's "Notice of Filing" and proposed Order relating to medical treatment and submits an alternative Order.

                          Respectfully Submitted,

                          KENNETH L. WAINSTEIN
                          UNITED STATES ATTORNEY
                          D.C. Bar Number 451058

By: _____

                          BARBARA E. KITTAY
                          Assistant U.S. Attorney
                          D.C. Bar Number 414216
                          United States Attorney's Office
                          555 Fourth Street, N.W., Rm. 4846
                          Washington, D.C.  20530
                          Tel. (202) 514-6940
                          Barbara.Kittay@usdoj.gov

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Nos.  06-088 (RBW) |
| | : | 06-233 (RBW) |
| v. | : | |
| TIMOTHY JENNINGS | : | |
| Defendant. | : | |

## O R D E R

Upon consideration of the request of the defendant, and for good cause shown, the Court hereby

ORDERS that personnel of the District of Columbia Department of Corrections and its contract agencies are to conduct a medical evaluation of defendant TIMOTHY JENNINGS (DCDC #208914, currently housed at the Central Treatment Facility, Unit D1A, Cell 29), and upon reaching a diagnosis of condition or illness, if any, are to deliver appropriate treatment.

_____
Reggie B. Walton
United States District Judge