AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

———————— DISTRICT OF ————————

**FILED**
AUG 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
v.
Timothy Jennings

WAIVER OF INDICTMENT

CASE NUMBER: 06cr88 | 06cr233

I, Timothy Jennings, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  8/23/06  (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____

8/23/06