**FILED**

FOR THE DISTRICT OF COLUMBIA

AUG 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
v. ) Crim. No. 06-088-01 (RBW)
)
)
TIMOTHY L. JENNINGS )
)
Defendant )

## ORDER FOR MEDICAL EVALUATION AND TREATMENT

THE COURT HEREBY **ORDERS**, that the medical staff of the District of Columbia Department of Corrections, by and through its agent, the Corrections Corporation of America, conduct a medical examination of the defendant ~~within 24 hours~~ of receipt of this order, and to deliver all medically indicated or necessary treatments and therapies, or diagnostic tests and evaluations, to the defendant on an urgent basis.

The Defendant: Timothy L. Jennings (DCDC #208914) is presently housed at the Corrections Corporation of America, Central Treatment Facility in Unit D1A, Cell 29.

The Court specifically directs that CCA-CTF medical staff evaluate and treat Mr. Jennings for complications relating to Hepatitis-C.

IT IS SO ORDERED:

DATE: 8/23/06

REGGIE B. WALTON
**United States District Judge**

cc: U.S. Marshal, District of Columbia