UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA } | |
| } | |
| v. } | Crim Nos. 06-88-01;  (RBW) |
| } | |
| TIMOTHY JENNINGS SR. ) | |
| } | |

## NOTICE OF FILING

COMES NOW, Timothy L. Jennings, Sr., by and through counsel, and respectfully request that the six attached letters expressing community support be made a part of the sentencing record in this case.

Respectfully submitted,

James W. Rudasill, Jr #318113
717 D Street, N.W.
Suite 310
Washington, D.C. 20004
(202) 783-7908

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Notice, with attachments, was served by facsimile on Barbara Kittay, Esq., Assistant United States Attorney, 555 Fourth Street, NW, Washington, D.C. 20530, this 13th day of November, 2006.

James W. Rudasill, Jr.