**HONORABLE RECCIE B. WALTON, UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>06 CR 88-01</u> & _____ |
| vs. | : | SSN: _____ |
| Timothy L. Jennings | : | Disclosure Date: <u>October 11, 2006</u> |

**FILED**
NOV 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        _____
**Prosecuting Attorney**                                    **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*/s/ Timothy L. Jennings Sr.*        */s/ [signature]* 10-29-06
**Defendant**        **Date**        **Defense Counsel**        **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **October 25, 2006**, to U.S. Probation Officer **Monica Johnson**, telephone number **(202) 565-1332**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Gennine A. Hagar, Acting Chief
     United States Probation Officer

Pg. 1 Offenses: Indictment Dkt. No. CR 06-088-01
Cts 1-3 - Defendant plea was to Unarmed Bank Robbery

Release Status: Defendant was arrested on February 16, 2006 - not Feb 15th.

Pages 4, 5, 6 - Defendant request that the PSR reflect at all references to the Offenses of Conviction that they were all UNARMED BANK ROBBERIES - For purposes of clarity for B.O.P. classification.

Pages 8 → 11 and Page 28 Para 168 - Offense Level Computation:

- Under the terms of the Plea Agreement the Government waived application of the U.S.S.G. §2B3.1(b)(2)(F) (death threat) Specific Offense Characteristic. Application of this Section of the guidelines was discussed in plea negotiations by the parties and was agreed as reported in the PSR @ page 9 - para 3-4 - that no other enhancement or departures or adjustments would apply to Mr. Jenning's Offense Level Computation.

Thus PSR Para's 36, 44, 52, 60, 68, 76 should be revised to note that the +2 point Specific Offense Characteristic otherwise applicable is not counted because of the terms of the plea agreement.

Page 11
Thus Para 93 should be revised downward from Total Offense Level of 26 to 24 as stated in the plea agreement.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 10-29-06

Para 167 - at Crim'l History Category VI - Offense Level 24 - Mr. Jenning's guidelines range should be 100-125 months