

APPENDIX — CR 06-88



EXHIBIT A    CR 06-88

## Disorder Information Sheet



 Search

Refer to conditions of use

### Cyclothymic Disorder

Cyclothymic Disorder is a chronic bipolar disorder consisting of short periods of mild depression and short periods of hypomania. These symptoms may last a few days to a a number of weeks. The onset is separated by short periods of normal mood. Individuals with cyclothymia are never totally free of symptoms of either depression or hypomania for more than a number of months at a time. Diagnostic criteria is as follows:

- Symptoms present fro at least 2 years, the patient has had periods of hypomanic symptoms and periods of low mood that don't fulfill the criteria for Major Depressive Disorder.

- The longest period the patient has been free of mood swings is 2 months.

- During the first 2 years of this disorder, the patient has not fulfilled criteria for Manic, Mixed, or Major Depressive Episode.

- Schizoaffective disorder doesn't explain the disorder better, and it isn't superimposed on Schizophrenia, Schizophreniform Disorder, Delusional Disorder or Psychotic Disorder Not Otherwise Specified.

- The symptoms are not directly caused by a general medical condition or the use of any substances, including prescription medications.

- These symptoms cause the patient clinically important distress or impair work, social or personal functioning.

**Associated Features:**

    Euphoric Mood
    Depressed Mood
    Somatic or Sexual Dysfunction
    Hyperactivity
    Addiction
    Odd or Eccentric or Suspicious Personality
    Dramatic or Erratic or Antisocial Personality

**Differential Diagnosis:**

Some disorders have similar or even the same symptom. The clinician, therefore, in his diagnostic attempt has to differentiate against the following disorders which he needs to rule out to establish a precise diagnosis.

    **Psychiatric:**

    Mood Disorder Due to a General Medical Condition;
    Substance-Induced Mood Disorder; Bipolar I Disorder, With
    Rapid Cycling; Bipolar II Disorder, With Rapid Cycling;
    Borderline Personality Disorder.

    **Medical:**

---

 Related Books

Bipolar Disorder: A Guide for Patients and Families (Johns Hopkins Press Health Books)

 Support UK

**Depression Alliance**

35 Westminster Bridge Road
LONDON
SE1 7JB
Tel: 0207 633 0557
Fax: 0207 633 0559
Web:
www.depressionalliance.org/

 DSM IV Code

301.13 Cyclothymic Disorder

 ICD 10 Code

F34.0 Cyclothymia

 Chat Room

Find the Light - Chat Room

 Links Page

Mood Disorder's

 Last Updated

3rd September 2003

 Print Page

Organic Mood Syndromes caused by: Acquired Immune Deficiency Syndrome (AIDS), Cushing's Disease, Epilepsy, Fahr's Syndrome, Huntington's Disease, Hyperthyroidism, Premenstrual Syndrome, Migraines, Multiple Sclerosis, Neoplasm, Postpartum, Stroke, Systemic Lupus Erythematosus, Trauma, Uremia, Vitamin Deficiency, Wilson's Disease.

**Drugs:**

Amphetamines, Antidepressants (treatment or withdrawal), Baclofen, Bromide, Bromocriptine, Captopril, Cimetidine, Cocaine, Corticosteroids (including ACTH), Cyclosporin, Disulfiram, Hallucinogens (intoxication and flashbacks), Hydralazine, Isoniazid, Levodopa, Methylphenidate, Metrizamide (following myelography), Opiates, Procarbazine, Procyclidine, Yohimbine.

**Mood Disorder Episodes:**   | Major | Manic | Mixed | Hypomanic |

**Cause:**

Genetic factors appear to be causative in Cyclothymia as they do in the Bipolar Disorders. Many of those affected have a family history of major depression, bipolar disorder, suicide or alcohol/drug dependence.

**Treatment:**

In some cases individuals may prefer no treatment or supportive psychotherapy alone. Lithium, a mood stabilizer used commonly in the treatment of Bipolar Disorder, has been proven to help a substantial number of people with Cyclothymia.

**Counseling and Psychotherapy [ See Therapy Section ]:**

Couples or Family therapy is often sought to help with the problems in relationships brought on by the disorder.

**Pharmacotherapy [ See Psychopharmacology Section ] :**

Biomedical treatment of cyclothymic disorder should be empirically derived and should be offered only if the individual's functioning is significantly adversely affected.

Antimanic Drugs.
Lithium Carbonate.
Carbamazepine (Tegretol).
Valproic Acid (Depakene, Depakote).
Verapamil (Calan).

To Top



EXHIBIT B   −CR 06-88



URL of this page:
http://www.nimh.nih.gov/publicat/bipolar.cfm

National Institute of Mental Health

NATIONAL INSTITUTES OF HEALTH

**Bipolar Disorder**

A detailed booklet that describes symptoms, causes, and treatments, with information on getting help and coping.

2001

# Bipolar Disorder

Introduction
What Are the Symptoms of Bipolar Disorder?
Suicide
What Is the Course of Bipolar Disorder?
Can Children and Adolescents Have Bipolar Disorder?
What Causes Bipolar Disorder?
How Is Bipolar Disorder Treated?
Do Other Illnesses Co-occur with Bipolar Disorder?
How Can Individuals and Families Get Help for Bipolar Disorder?
What About Clinical Studies for Bipolar Disorder?
For More Information
References

## Introduction

Bipolar disorder, also known as manic-depressive illness, is a brain disorder that causes unusual shifts in a person's mood, energy, and ability to function. Different from the normal ups and downs that everyone goes through, the symptoms of bipolar disorder are severe. They can result in damaged relationships, poor job or school performance, and even suicide. But there is good news: bipolar disorder can be treated, and people with this illness can lead full and productive lives.

About 5.7 million American adults or about 2.6 percent of the population age 18 and older in any given year,[1] have bipolar disorder. Bipolar disorder typically develops in late adolescence or early adulthood. However, some people have their first symptoms during childhood, and some develop them late in life. It is often not recognized as an illness, and people may suffer for years before it is properly diagnosed and treated. Like diabetes or heart disease, bipolar disorder is a long-term illness that must be carefully managed throughout a person's life.

> "Manic-depression distorts moods and thoughts, incites dreadful behaviors, destroys the basis of rational thought, and too often erodes the desire and will to live. It is an illness that is biological in its origins, yet one that feels psychological in the experience of it; an illness that is unique in conferring advantage and pleasure, yet one that brings in its wake almost unendurable suffering and, not infrequently, suicide."
>
> "I am fortunate that I have not died from my illness, fortunate in having received the best medical care available, and fortunate in

having the friends, colleagues, and family that I do."

Kay Redfield Jamison, Ph.D., *An Unquiet Mind*, 1995, p. 6.
(Reprinted with permission from Alfred A. Knopf, a division of
Random House, Inc.)

**What Are the Symptoms of Bipolar Disorder?**

Bipolar disorder causes dramatic mood swings—from overly "high" and/or irritable to sad and hopeless, and then back again, often with periods of normal mood in between. Severe changes in energy and behavior go along with these changes in mood. The periods of highs and lows are called **episodes** of mania and depression.

Signs and symptoms of *mania* (or a *manic episode*) include:
- Increased energy, activity, and restlessness
- Excessively "high," overly good, euphoric mood
- Extreme irritability
- Racing thoughts and talking very fast, jumping from one idea to another
- Distractibility, can't concentrate well
- Little sleep needed
- Unrealistic beliefs in one's abilities and powers
- Poor judgment
- Spending sprees
- A lasting period of behavior that is different from usual
- Increased sexual drive
- Abuse of drugs, particularly cocaine, alcohol, and sleeping medications
- Provocative, intrusive, or aggressive behavior
- Denial that anything is wrong

A manic episode is diagnosed if elevated mood occurs with three or more of the other symptoms most of the day, nearly every day, for 1 week or longer. If the mood is irritable, four additional symptoms must be present.

Signs and symptoms of *depression* (or a *depressive episode*) include:
- Lasting sad, anxious, or empty mood
- Feelings of hopelessness or pessimism
- Feelings of guilt, worthlessness, or helplessness
- Loss of interest or pleasure in activities once enjoyed, including sex
- Decreased energy, a feeling of fatigue or of being "slowed down"
- Difficulty concentrating, remembering, making decisions
- Restlessness or irritability
- Sleeping too much, or can't sleep
- Change in appetite and/or unintended weight loss or gain
- Chronic pain or other persistent bodily symptoms that are not caused by physical illness or injury
- Thoughts of death or suicide, or suicide attempts

A depressive episode is diagnosed if five or more of these symptoms last most of the day, nearly every day, for a period of 2 weeks or longer.

A mild to moderate level of mania is called **hypomania**. Hypomania may feel good to the person who experiences it and may even be associated with good functioning and enhanced productivity. Thus even when family and friends learn to recognize the mood swings as possible bipolar disorder, the person may deny that anything is wrong. Without proper treatment, however, hypomania can become

Sometimes, severe episodes of mania or depression include symptoms of **psychosis** (or psychotic symptoms). Common psychotic symptoms are hallucinations (hearing, seeing, or otherwise sensing the presence of things not actually there) and delusions (false, strongly held beliefs not influenced by logical reasoning or explained by a person's usual cultural concepts). Psychotic symptoms in bipolar disorder tend to reflect the extreme mood state at the time. For example, delusions of grandiosity, such as believing one is the President or has special powers or wealth, may occur during mania; delusions of guilt or worthlessness, such as believing that one is ruined and penniless or has committed some terrible crime, may appear during depression. People with bipolar disorder who have these symptoms are sometimes incorrectly diagnosed as having schizophrenia, another severe mental illness.

It may be helpful to think of the various mood states in bipolar disorder as a spectrum or continuous range. At one end is severe depression, above which is moderate depression and then mild low mood, which many people call "the blues" when it is short-lived but is termed "dysthymia" when it is chronic. Then there is normal or balanced mood, above which comes hypomania (mild to moderate mania), and then severe mania.



In some people, however, symptoms of mania and depression may occur together in what is called a **mixed** bipolar state. Symptoms of a mixed state often include agitation, trouble sleeping, significant change in appetite, psychosis, and suicidal thinking. A person may have a very sad, hopeless mood while at the same time feeling extremely energized.

Bipolar disorder may appear to be a problem other than mental illness—for instance, alcohol or drug abuse, poor school or work performance, or strained interpersonal relationships. Such problems in fact may be signs of an underlying mood disorder.

### Diagnosis of Bipolar Disorder

Like other mental illnesses, bipolar disorder cannot yet be identified physiologically—for example, through a blood test or a brain scan. Therefore, a diagnosis of bipolar disorder is made on the basis of symptoms, course of illness, and, when available, family history. The diagnostic criteria for bipolar disorder are described in the *Diagnostic and Statistical Manual for Mental Disorders, fourth edition (DSM-IV).*[2]

> Descriptions offered by people with bipolar disorder give valuable insights into the various mood states associated with the illness:
> **Depression:** I doubt completely my ability to do anything well. It seems as though my mind has slowed down and burned out to the point of being virtually useless…. [I am] haunt[ed]… with the total, the desperate hopelessness of it all…. Others say, "It's only temporary, it

> **Hypomania:** At first when I'm high, it's tremendous... ideas are fast... like shooting stars you follow until brighter ones appear.... All shyness disappears, the right words and gestures are suddenly there... uninteresting people, things become intensely interesting. Sensuality is pervasive, the desire to seduce and be seduced is irresistible. Your marrow is infused with unbelievable feelings of ease, power, well-being, omnipotence, euphoria... you can do anything... but, somewhere this changes.
>
> **Mania:** The fast ideas become too fast and there are far too many... overwhelming confusion replaces clarity... you stop keeping up with it— memory goes. Infectious humor ceases to amuse. Your friends become frightened.... everything is now against the grain... you are irritable, angry, frightened, uncontrollable, and trapped.

## Suicide

Some people with bipolar disorder become suicidal. **Anyone who is thinking about committing suicide needs immediate attention, preferably from a mental health professional or a physician. Anyone who talks about suicide should be taken seriously.** Risk for suicide appears to be higher earlier in the course of the illness. Therefore, recognizing bipolar disorder early and learning how best to manage it may decrease the risk of death by suicide.

Signs and symptoms that may accompany suicidal feelings include:

- talking about feeling suicidal or wanting to die
- feeling hopeless, that nothing will ever change or get better
- feeling helpless, that nothing one does makes any difference
- feeling like a burden to family and friends
- abusing alcohol or drugs
- putting affairs in order (e.g., organizing finances or giving away possessions to prepare for one's death)
- writing a suicide note
- putting oneself in harm's way, or in situations where there is a danger of being killed

If you are feeling suicidal or know someone who is:

- call a doctor, emergency room, or 911 right away to get immediate help
- make sure you, or the suicidal person, are not left alone
- make sure that access is prevented to large amounts of medication, weapons, or other items that could be used for self-harm

While some suicide attempts are carefully planned over time, others are impulsive acts that have not been well thought out; thus, the final point in the box above may be a valuable *long-term* strategy for people with bipolar disorder. Either way, it is important to understand that suicidal feelings and actions are symptoms of an illness that can be treated. With proper treatment, suicidal feelings can be overcome.

## What Is the Course of Bipolar Disorder?

Episodes of mania and depression typically recur across the life span. Between episodes, most people with bipolar disorder are free of symptoms, but as many as one-third of people have some residual symptoms. A small percentage of people experience chronic unremitting symptoms despite treatment.[3]

The classic form of the illness, which involves recurrent episodes of mania and depression, is called **bipolar I disorder**. Some people, however, never develop

**EXHIBIT C**

DEPARTMENTS OF THE ARMY AND THE AIR FORCE
NATIONAL GUARD BUREAU
REPORT OF SEPARATION AND RECORD OF SERVICE

REPORT OF SEPARATION AND RECORD OF SERVICE IN THE[1] __ARMY__ NATIONAL GUARD OF __Dist of Col__ AND AS A RESERVE OF THE[2] _____

*1. Insert either Army or Air    2. Enlisted personnel only - insert only Army or Air Force*

| 1. LAST NAME - FIRST NAME - MIDDLE NAME | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| JENNINGS, TIMOTHY LOURIA | ARMY NATIONAL GUARD | |

| 4. DATE OF ENL | YR 82 | MO 07 | DA 20 | 5a. RANK SP4 | 5b. PAY GRADE E-4 | 6. DATE OF RANK | YR 73 | MO 10 | DA 25 | 7. DATE OF BIRTH | YR | MO | DA |

| 8a. STATION OR INSTALLATION AT WHICH EFFECTED  380TH SUPPLY AND SERVICE CO | 8b. EFFECTIVE DATE | YR 84 | MO 04 | DA 04 |
| 2001 EAST CAPITOL STREET WASHINGTON, DC 20003 | | | | |

| 9. COMMAND TO WHICH TRANSFERRED | 10. RECORD OF SERVICE | YRS | MOS | DAYS |
|---|---|---|---|---|
| USAR CONTROL GROUP, (REINF), St. Louis, MO 63132 | (a) NET SERVICE THIS PERIOD | 01 | 08 | 15 |
| | (b) PRIOR RESERVE COMPONENT SERVICE | 04 | 01 | 09 |
| | (c) PRIOR ACTIVE FEDERAL SERVICE | 01 | 09 | 31 |
| 11. TERMINAL DATE OF RESERVE/MILITARY SERVICE OBLIGATION  YR 85  MO 07  DA 19 | (d) TOTAL SERVICE FOR PAY | 07 | 07 | 25 |

12. MILITARY EDUCATION *(Course Title, number of weeks, month and year completed)*

0311: Rifleman
0048: Driver (jeep)

13. PRIMARY SPECIALITY NUMBER, TITLE AND DATE AWARDED *(Additional speciality numbers and titles)*

14. HIGHEST EDUCATION LEVEL SUCCESSFULLY COMPLETED
SECONDARY/HIGH SCHOOL __12__ YRS *(Gr 1-12)* COLLEGE ____ YRS

15. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED THIS PERIOD *(State Awards may be included)*

| 16. SERVICEMAN'S GROUP LIFE INSURANCE COV | 17. PERSONNEL SECURITY INVESTIGATION | |
|---|---|---|
| | a. TYPE | b. DATE COMPLETED |
| [X] YES  [ ] NO | ENTNAC | 20Nov73  NA |
| AMT $ 35,000 | | |

18. REMARKS

19. MAILING ADDRESS AFTER SEPARATION *(Street, RFD, City, County, tate and Zip Code)*

20. SIGNATURE OF PERSON BEING SEPARATED

"SM NOT AVAILABLE FOR SIGNATURE"

21. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER

AARON L. ROGERS, JR. CPT, TC, DCARNG Adj.

22. SIGNATURE OF OFFICER AUTHORIZED TO SIGN

23. AUTHORITY AND REASON
ORDERS 64-6, dtd 4Apr84, eff. 4Apr84, Para 7-9m, NGR 600-200

| 24. CHARACTER OF SERVICE  UNDER HONORABLE CONDITIONS | 25. TYPE OF CERTIFICATE USED  (NGB Form 55a) | 26. REENLISTMENT ELIGIBILITY  NA |

27. [ ] REQUEST  [ ] DECLINE COPIES OF MY NGB FORM 22  INITIALS _____

NGB FORM 22
1 FEB 83
*(Replaces NGB Form 22, dated 15 Oct 76 and NGB Form 22-1, dated 1 Jun 78, which are obsolete)*

(4)

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

TIMOTHY JENNINGS,               )
                                )
         Movant,                )
                                )
vs.                             )       Criminal Nos.: 06-088(RBW)
                                )                      06-233(RBW)
UNITED STATES OF AMERICA,       )
                                )
         Respondent.            )
```

## DECLARATION OF TIMOTHY JENNINGS

I, Timothy Jennings, hereby declare under the penalty of perjury that the following statements are true and correct to the best of my knowledge, information, and belief.

1. I am the Movant named in the above captioned case and at all times relevant to the criminal proceedings therein was of the age of maturity and fully competent to participate in the preparation of my legal defense and interest.

2. On February 16, 2006, I was arrested at my apartment by federal authorities and subsequently on April 7, 2006, a three-count Indictment was filed against me in the United States District Court for the District of Columbia in Case Number **CR-06-088-01**. The indictment charged three counts of Unarmed Bank Robbery, in violation of 18 U.S.C. § 2113(a).

3. On February 22, 2006, I appeared in federal court with appointed counsel, Tony Lenell Axam, and a detention hearing was scheduled for February 27, 2006. At that hearing, Attorney Axam requested a continuance of the Preliminary/Detention Hearing, in part, because additional unarmed bank robbery charges against me were pending in the United States District Court for the District of Maryland in Case Number **CR-06-803 (CBD)**. The Honorable Magistrate Judge Alan Kay granted a continuance.

4. The Detention/Preliminary Hearing was held on March 28, 2006, and the Court issued an order of detention. The arraignment was held on May 3, 2006, and a Plea of Not Guilty was entered.

5. At this point, Attorney Axam and I experienced a substantial breakdown

in the attorney-client relationship. Specifically, there were matters I felt he did not adequately investigate and he determined it was best for him to seek leave from the Court to withdraw as counsel of record.

6.  Attorney James Rudasill was appointed as new counsel on or about June 12, 2006. During our initial meeting, I explained my concerns about the pending charges transferred from the District of Maryland to the District of Columbia and asked how those charges impacted the potential punishment if I were convicted on all counts after trial. Attorney Rudasill advised that the Government was preparing a plea agreement that addressed those concerns.

7.  Subsequently, Attorney Rudasill and I reviewed the initial plea agreement offered by the Government. We also discussed my need for a medical evaluation and treatment for the complication related to my Hepatitis C condition. There were several misstatements of fact within the plea agreement which were later corrected.

8.  After the reviewing the revised plea agreement, on August 23, 2006, I entered my guilty plea to Counts 1 through 3 in Case Number **CR-06-088-01** and Counts 1 through 3 in Case Number **CR-06-233-01**. By its terms, the plea agreement provided for a potential punishment of 100 to 125 months imprisonment. In exchange for the guilty plea, the Government agreed not to file six other bank robbery charges.

9.  Prior to sentencing the Presentence Investigation Report ("PSR") was prepared by Probation Officer, Monica Johnson. The PSR calculated the guidelines to reflect a potential sentencing range of 120 to 150 months imprisonment. I discussed this issue with Attorney Rudasill and he indicated that he would confer with Assistant United States Attorney ("AUSA"), Barbara E. Kittay. However, I also instructed Attorney Rudasill to file objections to this aspect of the PSR.

10. In addition, I also informed Attorney Rudasill about my prior diagnosis as bipolar when I was in the Armed Forces in 1977. I asked Attorney Rudasill

--2--

to investigate this and indicated that he could obtain records of my past bipolar condition while in the Armed Forces (i.e. U.S. Marine Corps) from the Department of the Army and the Air Force National Guard Bureau.  **See Ex. C.**

11. I explained to Attorney Rudasill that contrary to the misstatements in the PSR at paragraph 159, I did serve in the U.S. Marine Corps from 1973 until 1977 and afterward enlisted in the Army National Guard on July 20, 1982 and honorably discharged on July 19, 1985.  **See Ex. C.**

12. I further informed Attorney Rudasill that by bipolar condition was treated when initially diagnosed, but that I had not maintained any form of medicinal or other clinical therapy.  He indicated that he would investigate this condition and if it could help to mitigate the seriousness of my past criminal history, he would arrange a psychological evaluation.

13. Based on this representation from Attorney Rudasill, when nothing further was done, I assumed that Attorney Rudasill's investigation indicated that my past bipolar condition was unsupportive and immaterial to any sentencing issue.  It was not until recently that I discovered how my bipolar state could have been used to mitigate my past criminal history.

14. Prior to the sentencing hearing, Attorney Rudasill conferred with AUSA Kittay, who agreed to file a sentencing memorandum indicating that the Government stood-by the 100 to 125 months sentencing range as specified in the written plea agreement.  Attorney Rudasill explained that the judge had discretion to depart from the recommended sentencing range of 120 to 150 months and that because the Government indicated that the 100 to 125 months provided an adequate punishment for the offenses of conviction, it was  probable that the Court would impose a sentence within the agreed to range.

15. During the November 15, 2006, Sentencing Hearing, the Court held that the proper sentencing range was 120 to 150 months due to the threat of death adjustment under § 2B3.1(b)(2)(F) of the guidelines.  Rather than depart from this range, the Court imposed a sentence of 150 months, the top-end of the range.

to investigate this and indicated that he could obtain records of my past bipolar condition while in the Armed Forces (i.e. U.S. Marine Corps) from the Department of the Army and the Air Force National Guard Bureau.  **See** **Ex. C.**

11.  I explained to Attorney Rudasill that contrary to the misstatements in the PSR at paragraph 159, I did serve in the U.S. Marine Corps from 1973 until 1977 and afterward enlisted in the Army National Guard on July 20, 1982 and honorably discharged on July 19, 1985.  **See** **Ex. C.**

12.  I further informed Attorney Rudasill that by bipolar condition was treated when initially diagnosed, but that I had not maintained any form of medicinal or other clinical therapy.  He indicated that he would investigate this condition and if it could help to mitigate the seriousness of my past criminal history, he would arrange a psychological evaluation.

13.  Based on this representation from Attorney Rudasill, when nothing further was done, I assumed that Attorney Rudasill's investigation indicated that my past bipolar condition was unsupportive and immaterial to any sentencing issue.  It was not until recently that I discovered how my bipolar state could have been used to mitigate my past criminal history.

14.  Prior to the sentencing hearing, Attorney Rudasill conferred with AUSA Kittay, who agreed to file a sentencing memorandum indicating that the Government stood-by the 100 to 125 months sentencing range as specified in the written plea agreement.  Attorney Rudasill explained that the judge had discretion to depart from the recommended sentencing range of 120 to 150 months and that because the Government indicated that the 100 to 125 months provided an adequate punishment for the offenses of conviction, it was  probable that the Court would impose a sentence within the agreed to range.

15.  During the November 15, 2006, Sentencing Hearing, the Court held that the proper sentencing range was 120 to 150 months due to the threat of death adjustment under § 2B3.1(b)(2)(F) of the guidelines.  Rather than depart from this range, the Court imposed a sentence of 150 months, the top-end of the range.

16. After imposing the sentence, the Court advised me that I could appeal its judgment. At that point, I instructed Attorney Rudasill to appeal the judgment and he indicated that he would discussed the matter further with me in the prisoner holding-cell of the courthouse. Attorney Rudasill never showed-up.

17. The following day, November 16, 2007, I called Attorney Rudasill from the CCA-CTF detention facility. He apologized from not making it to the holding-cell and assured me that he would file the Notice of Appeal. When I discovered that the Notice of Appeal had to be filed within 10 days of the judgment, I attempted to contact Attorney Rudasill on several other occasions. My attempts, however, were unsuccessful.

18. Behind this difficulty in reaching Attorney Rudasill, I enlisted family and friends to contact his office. My father, James William Jennings, Sr., communicated with Attorney Rudasill by phone and was assured that the Notice of Appeal would be timely filed. Attorney Rudasill also assured my friend, Tanya Morgan, that he would file the notice on time. My father and Tanya informed me of this.

19. After I transferred from CCA-CTF detention facility to USP Lewisburg and arrived at my designated facility, FCI McKean on January 19, 2007, I contacted Attorney Rudasill when I received my legal property. He informed me that he had not filed a Notice of Appeal and instructed me to file it myself. At that point, however, I understood it was too late to file it or to request an extension to do so.

20. These circumstances prompted me to write to the Court to complain about Attorney Rudasill's ineffective assistance and request the Court's intervention. I also wrote to the court clerk to request a copy of the Change of Plea and Sentencing transcripts along with other related court documents. To date, I have only received a copy of the docket sheet and other miscellaneous papers.

I Timothy Jennings, declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief. 28 U.S.C. § 1746.

Date: 11/14/07

_Timothy L. Jennings_
Timothy Jennings

--4--