```
           TIMOTHY L. JENNINGS
           REG.NO. 07339-016
              FCI OTISVILLE
              P.O. BOX 1000
           OTISVILLE, NY. 10963
```

May 14, 2008

FILED

MAY 21 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVE. N.W.
WASHINGTON, DC. 20001

Re: JENNINGS vs U.S.A,
    CR-06-088-01,
    NOTICE OF CHANGE OF ADDRESS.

To Ms. Nancy Mayer Whittington, Clerk:

   On November 23, 2007 I filed with this Court my habeas corpus petition pursuant to 28 USC 2255. I received notification that it was filed but since that time I have not heard anything further. At this time I have been transferred to a different prison and I am alerting you to that change although I do not have a civil docket number on my petition, see above for the new address. Additionally, being I was in transit could you please inform me as to the status of my proceedings. Thank you for your time into this matter. I respectfully request that you stamp this letter filed and return a copy to me. I await your response.

                                    Respectfully yours,
                                    Timothy L. Jennings, Pro Se

                                    *Timothy L. Jennings* (signature)