UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
)
v. )
)  Criminal No. 06-088 (RBW)
)  Related Case: Civil No. 07-2118 (RBW)
TIMOTHY L. JENNINGS, )
)
Defendant. )
)
_____ )

## ORDER

Currently before the Court is Defendant Timothy Jennings' Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, filed on November 23, 2007. As of September 8, 2008, the Government has not filed a response to the defendant's motion. In order to assist the Court in the resolution of this motion, it is hereby

**ORDERED** that the Government shall respond to the defendant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody by September 29, 2008.

**SO ORDERED.**

_/s/ Reggie B. Walton_  9/9/08
REGGIE B. WALTON
United States District Judge