# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Criminal Action No. 06-88 (RBW) |
| TIMOTHY L. JENNINGS, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Criminal Action No. 06-233 (RBW) |
| TIMOTHY L. JENNINGS, | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the oral rulings issued at the motions hearing conducted by teleconference on May 13, 2020, and in light of (1) the offenses committed by the defendant in the above-captioned cases, (2) the subsequent offenses committed by the defendant while he was on supervised release in the above-captioned cases, and (3) an assessment of the defendant's criminal history, it is hereby

**ORDERED** that the defendant's Emergency Motion to Reduce Sentence Pursuant to the Compassionate Release Statute 18 U.S.C. § 3582(c)(1)(A)(i), United States v. Timothy L. Jennings, Crim. Action No. 06-88, ECF No. 74, is **DENIED**. It is further

**ORDERED** that the defendant's Emergency Motion to Reduce Sentence Pursuant to the Compassionate Release Statute 18 U.S.C. § 3582(c)(1)(A)(i), United States v. Timothy L. Jennings, Crim. Action No. 06-233, ECF No. 44, is **DENIED**.

**SO ORDERED** this 14th day of May, 2020.

_____
REGGIE B. WALTON
United States District Judge